# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANCISCO SALCEDO and MARIA TOVAR SALCEDO, | |
| Plaintiffs, | Case No. 2:14-cv-01669-KJD-GWF |
| vs. | **ORDER** |
| BANK OF AMERICA, | |
| Defendant. | |

This matter is before the Court on Plaintiffs' failure to file a Certificate as to Interested Parties as required by LR 7.1-1. On November 13, 2014, the Court ordered that Plaintiffs file a Certificate as to Interested Parties as required by LR 7.1-1 on or before November 24, 2014 (Order #8). To date, the Plaintiffs has failed to comply. Accordingly,

**IT IS ORDERED** that Plaintiff s file a Certificate as to Interested Parties as required by LR 7.1-1 no later than **December 15, 2014**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 3rd day of December, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge