# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FRANCISCO SALCEDO and MARIA TOVAR SALCEDO,

        Plaintiffs,

vs.

BANK OF AMERICA,

        Defendant.

Case No. 2:14-cv-01669-KJD-GWF

**ORDER**

      This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Counsel for Defendant removed this matter to federal court on October 10, 2014. Defendant filed its Answer (#5) on October 17, 2014. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

      **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **December 29, 2014** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

      DATED this 16th day of December, 2014.

                                            _____
                                            GEORGE FOLEY, JR.
                                            United States Magistrate Judge